Submitted on appellant's brief and record September 15, reversed and remanded for trial September 29, 1980

STATE OF OREGON,
*Appellant,*

*v.*

CRAIG KEVIN McMANUS,
*Respondent.*

(No. T-79-7524, CA 18089)

616 P2d 1218

James M. Brown, Attorney General, John R. McCulloch, Jr., Solicitor General, William F. Gary, Deputy Solicitor General, and Robert C. Cannon, Assistant Attorney General, Salem, filed the brief for appellant.

Mark D. Donahue, Corvallis, waived appearance for respondent.

Before Gillette, Presiding Judge, and Roberts and Campbell, Judges.

PER CURIAM.

## PER CURIAM.

In this driving under the influence case, the trial judge suppressed all evidence and statements arising out of the defendant's traffic stop because he believed that the arresting officer lacked authority to make the stop. A recitation of the facts demonstrating the judge's error would benefit neither bench nor bar.

Reversed and remanded for trial.